AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | | |
|---|---|---|
| Nadia Biglari | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    4:22-cv-3268 |
| University of Nebraska - Lincoln, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Nadia Biglari                                                                                              .

Date:      12/27/2022                                        /s/ Keith Altman
                                                                              *Attorney's signature*

                                                                     Keith Altman, MI Bar No. P81702
                                                                        *Printed name and bar number*

                                                                     The Law Office of Keith Altman
                                                                     33228 W. 12 Mile Road, Suite 375
                                                                     Farmington Hills, MI 48334

                                                                                 *Address*

                                                                     keithaltman@kaltmanlaw.com
                                                                            *E-mail address*

                                                                           (248) 987-8929
                                                                         *Telephone number*

                                                                            *FAX number*

# THE UNITED STATES OF AMERICA



## District of Nebraska

The Clerk of the United States District Court
hereby certifies that

## Keith L. Altman

was duly admitted and qualified to practice as an Attorney in the District Court on the 23rd day of December, 2022.  In testimony whereof, I hereunto set my hand and affix the seal of said Court this 23rd day of December, 2022.





Deputy Clerk