AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-3268

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* UNIVERSITY OF NEBRASKA ATTN: BOARD OF REGENT
was received by me on *(date)* FEBRUARY 9, 2023

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* BREN CHAMBERS, DEPUTY GENERAL COUNSEL, who is designated by law to accept service of process on behalf of *(name of organization)* UNIVERSITY OF NEBRASKA, BOARD OF REGENTS, 3835 HOLDREGE STREET, LINCOLN, NEBRASKA 68583 on *(date)* 2-13-2023 @ 9:37 AM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 2-13-2023

*Barbara Steil*
Server's signature

BARBARA STEIL, PROCESS SERVER
Printed name and title

3939 So. 58th St., LINCOLN NE 68506
Server's address

Additional information regarding attempted service, etc: