AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-3268

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CHRISTOPHER MCCUNE
was received by me on *(date)* 2-9-2023 .

☒ I personally served the summons on the individual at *(place)* 615 SOUTH 33RD STREET, LINCOLN, NEBRASKA 68510.   on *(date)* 2-18-2023  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-18-2023

Barbara Steil
Server's signature

BARBARA STEIL PROCESS SERVER
Printed name and title

3939 SOUTH 58TH ST., LINCOLN, NE 68506
Server's address

Additional information regarding attempted service, etc:

Time of Service was 11:22 AM.