# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NADIA BIGLARI,<br><br>            PLAINTIFF,<br>v.<br><br>UNIVERSITY OF NEBRASKA LINCOLN, *et al.*<br><br>            DEFENDANTS. | CASE NO. 4:22-cv-03268-SMB |

## PLAINTIFF'S MOTION FOR SERVICE BY ALTERNATIVE METHOD

Plaintiff, Nadia Biglari, by and through her attorney, Keith Altman, Esq., moves this Honorable Court to allow service of process upon Defendant, Eric Dodds, by alternative method pursuant to and in accordance with Fed. R. Civ. P. 4(e)(1) and Neb. Rev. Stat. Ann. 25-517.02. In support of this Motion Plaintiff relies upon the supportive affidavit submitted herein.

Dated: February 24, 2023                Respectfully Submitted,

                                        */s/ Keith Altman*
                                        Keith Altman, Esq.
                                        THE LAW OFFICE OF KEITH ALTMAN
                                        33228 West 12 Mile Road, Suite 375
                                        Farmington Hills, Michigan 48331
                                        Telephone: (248) 987-8929
                                        keithaltman@kaltmanlaw.com
                                        *Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NADIA BIGLARI,<br><br>　　　　　　PLAINTIFF,<br><br>v.<br><br>UNIVERSITY OF NEBRASKA LINCOLN, *et al.*<br><br>　　　　　　DEFENDANTS. | CASE NO. 4:22-cv-03268-SMB |

**AFFIDAVIT IN SUPPORT OF MOTION FOR**
**<u>SERVICE BY ALTERNATIVE METHOD</u>**

Plaintiff's counsel hereby declares as follows:

1.　Plaintiff filed her complaint on December 21, 2022.

2.　Plaintiff filed an Amended Complaint on February 8, 2023.

3.　A Summons for service on Defendant Eric Dodds ("Defendant Dodds") was issued on February 8, 2023.

4.　Service was first attempted via process server employed by Plainitff at Defendant Dodds' place of employment (639 N 12th St. 711 Hamilton Hall, Lincoln, NE) on February 13, 2023, where a female employee stated Mr. Dodds was not in and that he rarely comes into the office.

5.　Service was next attempted by the process server through Defendant Dodds' employer (also a Defendant in this matter) University of Nebraska-Lincoln

2

("UNL"), on February 13, 2023, where General Counsel for UNL refused to accept service on behalf of Defendant Dodds.

6. Plaintiff's counsel then performed an Internet search for last known address(es) for Defendant Dodds and obtained two possible addresses.

7. The process server employed by Plaintiff's counsel initially attempted to serve Defendant Dodds at 9521 S. 71st St., Lincoln, NE 68516, on February 14, 2023. Upon speaking with a current resident, she learned he no longer lived at that address.

8. The process server next attempted to serve Defendant Dodds at 6730 Ashbrook Dr., Apt. 202, Lincoln NE, 68516, on February 14, 2023. This address was confirmed as the correct address when the label on the apartment buzzer listed "Dodds" as the resident, but the process server was unable to serve him as there was no answer and the apartment complex was located inside a gated community.

9. Plaintiff, through their process server, attempted to serve Defendant Dodds for a fourth time on February 15, 2023 at the Ashbrook Dr. address, but was again unable to serve him as the gait to the community was locked.

10. Per Plaintiff's counsel's instruction, the process server then made attempts to contact Defendant Dodds via telephone (on which the voicemail identified the number to be that of Mr. Dodds) on February 17, 2023 and February 18, 2023 and by leaving her contact information for Defendant Dodds with the

3

Manager of his apartment complex on February 20, 2023. All to which no responses have been received to-date.

11. An Affidavit of Non-Service regarding all service attempts is attached hereto as *Exhibit A*.

12. Plaintiff has done their due diligence in attempting to personally serve Defendant Dodds.

13. To the best of Plaintiff's knowledge, Defendant Dodds currently resides at 6730 Ashbrook Dr., Apt. 202, Lincoln NE, 68516 and is employed at UNL, but is clearly avoiding service.

14. Plaintiff has incurred expenses in its numerous attempts to locate and serve Defendant Dodds personally.

15. There would be no prejudice to Defendant Dodds for allowing alternative service to be made via leaving the process at his usual place of residence and mailing a copy by certified first-class mail to his address.

WHEREFORE, Plaintiff prays this Honorable Court grant an Order allowing service of process upon Defendant Eric Dodds, by leaving a copy of the Summons and Amended Complaint at his place of residence and mailing a copy via U.S. Certified First-Class mail to his address, in accordance with Fed. R. Civ. P. 4(e)(1) and Neb. Rev. Stat. Ann. 25-517.02, and for such other and further relief this Court deems appropriate.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated: February 24, 2023

Keith Altman, Esq.