# EXHIBIT A

## AFFIDAVIT OF NON-SERVE

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

**NADIA BIGLARI,**
Plaintiff,

Vs.   CASE NO. 4:22-cv-3268

**UNIVERSITY OF NEBRASKA LINCOLN, by and Through its Board of Regents; ERIC DODDS, in his official and individual capacity; and CHRISTOPHER MCCUNE, in his official and individual capacity**
Defendant(s)

I, Barbara Steil depose and say that I am in good standing, over the age of 18, not a party to this action and that the following information and statements are true and to the best of my ability and knowledge.

On Monday, February 13, 2023 at 8:15 am an attempt was made at University of Nebraska located at 639 N 12th St., 711 Hamilton Hall, Lincoln, Ne. At this time, I spoke with a female employee, Emma Dolensher. She stated that Mr. Dodds is rarely in the office, and she has only seen him a few times since she has worked there. I left my contact information with her, and she stated that she would get it to her supervisor.

On Monday, February 13, 2023 at 9:37 AM an attempt was made at 3835 Holdrege St. At this time Bren Chambers, Deputy General Counsel, refused to accept service and indicated that Mr. Dodds would have to be served individually.

On Tuesday, February 14, 2023 at 5:50 PM an attempt was made at 9521 S 71st St. At this time, James Snook, current resident, stated he has resided at this address for 2 years and still receives mail for Mr. Dodds on occasion, but said he did not know him personally.

On Tuesday, February 14, 2023 at 6:04 PM an attempt was made at 6730 Ashbrook Dr. Apt 202. This is a gated community and although I was able to gain access to the building labeled, 6730, I was unable to gain access into the building. I received no answer after pushing the corresponding call buzzer labeled, "Dodds".

On Wednesday, February 15, 2023 at 12:04 PM an attempt was made at 6730 Ashbrook Dr. Apt 202. The gate was closed, therefore I was unable to gain access to Mr. Dodd's apartment building.

1

On Friday, February 17, 2023 at 10:23 AM a call was placed to Mr. Dodds at #402-472-3592, he was unreachable so a voicemail left for him identifying myself and asking him to return my call. I have not heard back from Mr. Dodds.

On Saturday, February 18, 2023 at 12:29 PM another call was placed to Mr. Dodds at #402-617-2555. I received no answer, therefore a voicemail was left asking for him to return my call . I have not heard back from Mr. Dodds.

On Monday, February 20, 2023 @ 2:58 PM another attempt was made at 6730 Ashbrook Dr. Apt 202 and the gate was closed, and I could not gain access to Mr. Dodds apartment building. For this reason, I made contact at the Leasing Office and spoke to a female employee who identified herself as, Alex. Alex did confirm that Mr. Dodds resided there. Therefore, I provided her with my contact information and asked her to please get it to Mr. Dodds. She replied by stating that she would attach it to his door. I have not yet heard back from Mr. Dodds.

It is for the reasons listed above that the Process of Service was not completed upon Mr. Eric Dodds with the Summons in a Civil Action and Complaint.

_(signature)_ Date: 2-23-2023
Signature of Process Server
Barbara Steil

Subscribed and sworn to before me on 02/23/2023 .
_(signature)_
Signature of Notary Public
Notary Public for the state of Nebraska

GENERAL NOTARY - State of Nebraska
SETH PATRICK
My Comm. Exp. June 26, 2025

2