IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NADIA BIGLARI,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF NEBRASKA LINCOLN, by and through its Board of Regents; ERIC DODDS, in his official and individual capacity; and CHRISTOPHER MCCUNE, in his official and individual capacity;<br><br>Defendants. | 4:22CV3268<br><br>ORDER |

This matter is before the Court on Plaintiff's Motion for Service by Alternative Method ([Filing No. 13](#)). Having considered the matter, the motion is granted.

Accordingly,

**IT IS ORDERED** that Plaintiff may serve Defendant Eric Dodds by leaving a copy of the Summons and Amended Complaint at Mr. Dodds' place of residence and mailing a copy via U.S. Certified First-Class mail to his address.

Dated this 28th day of February, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge