AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-3268

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **ERIC DODDS**
was received by me on *(date)* **MARCH 1, 2023**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* **ALEX GRUMKEY, ASSISTANT MANAGER of APT. COMPLEX**, a person of suitable age and discretion who resides there,
on *(date)* **3-02-2023**, and mailed a copy to the individual's last known address; or **(BY CERTIFIED MAIL)**

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **3-2-2023**

*Server's signature*
**Barbara Steil**

*Printed name and title*
**BARBARA STEIL, PROCESS SERVER**

*Server's address*
**3939 So. 58th St., Lincoln, NE 68506**

Additional information regarding attempted service, etc:

THE SUMMONS + AMENDED COMPLAINT WERE PLACED INTO HIS PERSONAL LOCK BOX LABELED #2 ON MARCH 2, 2023 @ 9:26 AM BY ASSISTANT MANAGER, ALEX GRUMKEY. SHE EXPLAINED THAT MR. DODDS WILL BE INSTANTLY SENT A TEXT ACKNOWLEDGING THAT IT HAD BEEN PLACED INTO HIS BOX TO BE PICKED UP. I WITNESSED HER TAKE A PHOTO OF THE DOCUMENTS AND PLACE THEM INTO MR. DODD LOCKED