IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NADIA BIGLARI, | ) | Case No. 4:22-CV-3268 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | UNOPPOSED MOTION FOR |
| | ) | EXTENSION OF TIME TO FILE |
| UNIVERSITY OF NEBRASKA LINCOLN, by and through its Board of Regents; ERIC DODDS; in his official capacity and individual capacity, | ) ) ) ) ) | RESPONSIVE PLEADING OR MOTION |
| Defendants. | ) | |

COMES NOW Defendant University of Nebraska Lincoln, by and through its Board of Regents ("BRUN"), and pursuant to Federal Rule of Civil Procedure 6(b)(1)A, moves the Court for an Order extending Defendant's time to respond to Plaintiff's Complaint in this action to April 6, 2023. In support hereof, Defendant states the following:

1. The Defendant received the Summons and Complaint on or about February 13, 2023.

2. Pursuant to FED. R. CIV. P. 12(a)(1)(A)(i), the current deadline for Defendant to respond to Plaintiff's Complaint is March 6, 2023.

3. Good cause exists for the extension requested herein, as Defendant requires additional time to investigate the facts of this case and prepare a response to Plaintiff's Complaint.

4. Defendant has not previously requested an extension of time to respond to Plaintiff's Complaint.

5. Plaintiff's counsel has indicated to the undersigned that he does not oppose this motion and agrees to an extension as requested herein.

WHEREFORE Defendant requests the Court enter an Order granting an extension of Defendant's time to respond to Plaintiff's Complaint, such that the deadline for Defendant to respond to Plaintiff's Complaint shall be April 6, 2023.

DATED this 3rd day of March, 2023.

        BOARD OF REGENTS OF THE
        UNIVERSITY OF NEBRASKA, Defendant

By:   /s/ Lily Amare
      Susan K. Sapp #19121
      Lily Amare #25735
      Cline Williams Wright
       Johnson & Oldfather, L.L.P.
      1900 U.S. Bank Building
      233 South 13th Street
      Lincoln, NE 68508
      (402) 474-6900
      ssapp@clinewilliams.com
      lamare@clinewilliams.com

      AND

      Bren H. Chambers, #23150
      Deputy General Counsel
      University of Nebraska
      3835 Holdrege Street
      Lincoln, NE 68583-0745
      402-472-1201
      bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

Keith Altman
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48331
keithaltman@kaltmanlaw.com

        /s/ Lily Amare
        Lily Amare

4874-7437-3715, v. 1