IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NADIA BIGLARI,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF NEBRASKA LINCOLN, by and through its Board of Regents; ERIC DODDS; in his official capacity and individual capacity,<br><br>    Defendants. | Case No. 4:22-CV-3268<br><br>DEFENDANT ERIC DODDS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |

COMES NOW Defendant Eric Dodds in his official capacity and individual capacity, and pursuant to Federal Rule of Civil Procedure 6(b)(1)A, moves the Court for an Order extending Defendant's time to respond to Plaintiff's Complaint in this action to April 21, 2023. In support hereof, Defendant states the following:

1. The Defendant received the Summons and Complaint on or about March 2, 2023.

2. Pursuant to FED. R. CIV. P. 12(a)(1)(A)(i), the current deadline for Defendant to respond to Plaintiff's Complaint is March 23, 2023.

3. Good cause exists for the extension requested herein, as Defendant requires additional time to investigate the facts of this case and prepare a response to Plaintiff's Complaint.

4. Defendant has not previously requested an extension of time to respond to Plaintiff's Complaint.

5. Plaintiff's counsel has indicated to the undersigned that he does not oppose this motion and agrees to an extension as requested herein.

WHEREFORE Defendant requests the Court enter an Order granting an extension of Defendant's time to respond to Plaintiff's Complaint, such that the deadline for Defendant to respond to Plaintiff's Complaint shall be April 21, 2023.

DATED this 22nd day of March, 2023.

          ERIC DODDS, in his official capacity and individual capacity, Defendant

By: /s/ Lily Amare
Susan K. Sapp #19121
Lily Amare #25735
Cline Williams Wright
  Johnson & Oldfather, L.L.P.
1900 U.S. Bank Building
233 South 13th Street
Lincoln, NE 68508
(402) 474-6900
ssapp@clinewilliams.com
lamare@clinewilliams.com

AND

Bren H. Chambers, #23150
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
402-472-1201
bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

| | |
|---|---|
| Keith Altman<br>THE LAW OFFICE OF KEITH ALTMAN<br>33228 West 12 Mile Road, Suite 375<br>Farmington Hills, MI 48331<br>keithaltman@kaltmanlaw.com | Jason W. Grams<br>LAMSON, DUGAN and MURRAY, LLP<br>10306 Regency Parkway Drive<br>Omaha, NE 68114<br>jgrams@ldmlaw.com |

/s/ Lily Amare
Lily Amare

4878-4313-5574, v. 1