IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NADIA BIGLARI,<br><br>         Plaintiff,<br><br>   v.<br><br>UNIVERSITY OF NEBRAKA LINCOLN, ERIC DODDS, and CHRISTOPHER MCCUNE,<br><br>         Defendants. | 4:22CV3268<br><br>REASSIGNMENT ORDER |

    A consent to exercise jurisdiction by the United States Magistrate Judge has not been filed. *See* 28 U.S.C. § 636(c); NECivR 73.1(a). Accordingly, pursuant to NECivR 73.1(a),

    IT IS ORDERED that this case is reassigned to Chief District Judge Robert F. Rossiter, Jr. for disposition and is assigned to Magistrate Judge Susan M. Bazis for judicial supervision.

    Dated this 24th day of April 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge