IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NADIA BIGLARI, | ) | Case No. 4:22-CV-3268 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **UNOPPOSED MOTION FOR** |
| | ) | **EXTENSION OF TIME TO FILE REPLY** |
| UNIVERSITY OF NEBRASKA LINCOLN, by and through its Board of Regents; ERIC DODDS, in his official capacity and individual capacity; CHRISTOPHER MCCUNE, in his official capacity and individual capacity | ) ) ) ) ) ) | **BRIEF** |
| Defendants. | | |

COME NOW Defendants, University of Nebraska Lincoln, by and through its Board of Regents ("BRUN"), Eric Dodds ("Dodds") in his individual and official capacities, and Christopher McCune ("McCune"), in his official capacity, (collectively referred to herein as "Defendants") by and through their attorneys of record, and pursuant to Federal Rule of Civil Procedure 6(b)(1)A, move the Court for an Order extending Defendants' time to submit a Reply Brief in support of their Partial Motion to Dismiss from May 31, 2023, to June 9, 2023. In support hereof, Defendants state the following:

1. On May 24, 2023, Plaintiff filed her Brief in Opposition to Defendants' Partial Motion to Dismiss.

2. Good cause exists for the extension requested herein, as Defendants and their undersigned require additional time to prepare a response to Plaintiff's Brief in Opposition, due to other prior personal and work commitments.

3. Plaintiff's counsel has indicated to the undersigned that he does not oppose this motion and agrees to an extension as requested herein.

4. Defendant McCune's counsel (in his individual capacity) has indicated to the undersigned that he does not oppose this motion and agrees to an extension as requested herein.

WHEREFORE Defendants request the Court enters an Order granting an extension of Defendants' time to file a Reply Brief in Support of their Partial Motion to Dismiss, such that the deadline for Defendants to respond shall be June 9, 2023.

DATED this 25th day of May, 2023.

BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, ERIC DODDS, in his individual and official capacity, Christopher McCune, in his official capacity, Defendants

By: /s/ Lily Amare
Susan K. Sapp #19121
Lily Amare #25735
Cline Williams Wright
 Johnson & Oldfather, L.L.P.
1900 U.S. Bank Building
233 South 13th Street
Lincoln, NE 68508
(402) 474-6900
ssapp@clinewilliams.com
lamare@clinewilliams.com

AND

Bren H. Chambers, #23150
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
402-472-1201
bchambers@nebraska.edu

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

| | |
|---|---|
| Keith Altman<br>THE LAW OFFICE OF KEITH ALTMAN<br>33228 West 12 Mile Road, Suite 375<br>Farmington Hills, MI 48331<br>keithaltman@kaltmanlaw.com | Jason W. Grams<br>LAMSON, DUGAN and MURRAY, LLP<br>10306 Regency Parkway Drive<br>Omaha, NE 68114<br>jgrams@ldmlaw.com |

3

                                     /s/ Lily Amare
                                     Lily Amare

4867-5275-4790, v. 2