IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NADIA BIGLARI, ) | Case No. 4:22-cv-3268 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **UNOPPOSED MOTION FOR** |
| ) | **EXTENSION OF TIME TO** |
| UNIVERSITY OF NEBRASKA LINCOLN, ) | **FILE REPLY** |
| by and through its Board of Regents; ERIC ) | |
| DODDS, in his official and individual ) | |
| capacity; CHRISTOPHER MCCUNE, in his ) | |
| official and individual capacity, ) | |
| ) | |
| Defendants. ) | |

COMES NOW Defendant Christopher McCune, in his individual capacity, and, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), moves the Court for an order extending McCune's time to file a reply in support of his motion to dismiss from May 31, 2023 to June 9, 2023. Plaintiff's counsel does not oppose this motion. Counsel for Defendants University of Nebraska Lincoln and Eric Dodds do not oppose this motion.

WHEREFORE Defendant McCune requests the Court enter an order granting an extension of time to reply in support of his motion to dismiss to June 9, 2023.

DATED this 25th day of May, 2023.

CHRISTOPHER MCCUNE, in his
individual capacity, Defendant,

By: s/ Jason W. Grams
Jason W. Grams, #24596
LAMSON, DUGAN & MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114
Tele: (402) 397-7300 | Fax: (402) 397-7824
jgrams@ldmlaw.com
*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

                                                  s/ Jason W. Grams
                                                  Jason W. Grams

4885-4752-3942, v. 2