IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NADIA BIGLARI, | |
| Plaintiff, | **4:22CV3268** |
| vs. | |
| UNIVERSITY OF NEBRASKA LINCOLN, by and through its Board of Regents; and ABBEGAYLE DODDS, Personal Representative of the Estate of Eric Dodds, deceased,; | **ORDER** |
| Defendants. | |

IT IS ORDERED:

The Clerk of the Court is directed to mail the Court's August 30, 2024 Order, Filing No. 80 and this Order to the following:


Abbegayle Dodds, Personal Representative, through her attorney:

Gregory D. Barton
Barton Law, P.C., L.L.O.
1141 H Street
Lincoln, NE 68508


Dated this 3rd day of September, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge