IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NADIA BIGLARI, | Case No. 4:22-CV-3268 |
| Plaintiff, | |
| v. | **NOTICE OF SERVICE OF DEFENDANTS' EXPERT DISCLOSURE** |
| UNIVERSITY OF NEBRASKA LINCOLN, by and through its Board of Regents; and ERIC DODDS, in his individual capacity, | |
| Defendants. | |

To:   Nadia Biglari, Plaintiff, by and through her attorneys of record Keith Altman, THE LAW OFFICE OF KEITH ALTMAN, 33228 West 12 Mile Road, Suite 375, Farmington Hills, MI 48331, keithaltman@kaltmanlaw.com

COME NOW the Defendants University of Nebraska by and through its Board of Regents ("Board of Regents") and Eric Dodds, by and through their undersigned counsel, and state that on the 27th day of November, 2024, they caused Defendants' Expert Disclosure to be served on Plaintiff by emailing the same to her counsel of record Keith Altman at keithaltman@kaltmanlaw.com.

Dated this 27th day of November, 2024.

BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, ERIC DODDS, in his individual capacity, Defendants

By:   /s/ Lily Amare
Susan K. Sapp #19121
Lily Amare #25735
Cline Williams Wright
  Johnson & Oldfather, L.L.P.
1900 U.S. Bank Building
233 South 13th Street
Lincoln, NE 68508
(402) 474-6900
ssapp@clinewilliams.com
lamare@clinewilliams.com

AND

        Bren H. Chambers, #23150
        Deputy General Counsel
        University of Nebraska
        3835 Holdrege Street
        Lincoln, NE 68583-0745
        (402) 472-1201
        bchambers@nebraska.edu

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

        /s/ Lily Amare
        Lily Amare

4907-0384-6401, v. 1