IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NADIA BIGLARI,<br><br>      Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF NEBRASKA LINCOLN, by and through its Board of Regents; and ABBEGAYLE DODDS, Personal Representative of the Estate of Eric Dodds, deceased;<br><br>      Defendants. | **4:22CV3268**<br><br>**ORDER** |

Upon notice of settlement given to the undersigned magistrate judge by counsel for defendants,

**IT IS ORDERED:**

1. On or before June 13, 2025, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 12th day of May, 2025.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge