# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NADIA BIGLARI,<br><br>PLAINTIFF,<br><br>v.<br><br>UNIVERSITY OF NEBRASKA LINCOLN, by and through its Board of Regents; and ABBEGAYLE DODDS, Personal Representative of the Estate of Eric Dodds, deceased,<br><br>DEFENDANTS. | CASE NO. 4:22-cv-03268-SMB |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

NOW COME Plaintiff Nadia Biglari, Defendants University of Nebraska Lincoln by and through its Board of Regents, Eric Dodds, Abbegayle Dodds, Personal Representative of the Estate of Eric Dodds, by and through their respective counsel, and Jointly move the Court for an Order dismissing the above-captioned matter in its entirety and with prejudice, with each party to pay its own attorney's fees and costs.

WHEREFORE, the Parties respectfully request this Court enter an Order dismissing this case in its entirety and with prejudice, with each party paying its own fees and costs, and complete record waived.

Dated:  June 13, 2025                                          Respectfully Submitted,

/s/ Keith Altman
Keith Altman, Esq.
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff*

UNIVERSITY OF NEBRASKA LINCOLN, by and through its Board of Regents, Defendants

/s/ Lily Amare
Susan K. Sapp #19121
Lily Amare #25735
Cline Williams Wright
Johnson & Oldfather, L.L.P.
1900 U.S. Bank Building
233 South 13th Street
Lincoln, NE 68508
(402) 474-6900
ssapp@clinewilliams.com
lamare@clinewilliams.com

                AND

Bren H. Chambers, #23150
Deputy General Counsel
University of Nebraska
3835 Holdrege Street

        Lincoln, NE 68583-0745
        (402) 472-1201
        bchambers@nebraska.edu
        *Attorneys for Defendant University of Nebraska Lincoln*

ERIC DODDS, DECEASED; ABBEGAYLE DODDS, Personal Representative of ERIC

DODDS, Deceased

By:  *Gregory D. Barton*
     Gregory D. Barton
     Barton Law, P.C., L.L.O.
     1141 H. Street
     Lincoln, NE  68508
     *Attorney for Abbegayle Dodds as Personal Representative of Eric Dodds*

## CERTIFICATE OF SERVICE

     I hereby certify that on June 13, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

        /s/ *Keith Altman*
        Keith Altman

4907-8717-2685, v. 1