IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NADIA BIGLARI, | |
| Plaintiff, | 4:22CV3268 |
| vs. | |
| UNIVERSITY OF NEBRASKA LINCOLN, by and through its Board of Regents; and ABBEGAYLE DODDS, Personal Representative of the Estate of Eric Dodds, deceased,; | ORDER OF DISMISSAL |
| Defendants. | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal. (Filing No. 109.) Having considered the matter, the Court will accept the Joint Stipulation. Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 16th day of June, 2025.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge